# Third District Court of Appeal

## State of Florida

Opinion filed November 25, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1453
Lower Tribunal No. 13-943-P
_____

## Molasses Reef Marina Corporation, Inc.,
Appellant,

vs.

## Kawama Village Homeowners Association, Inc.,
Appellee.

An Appeal from the Circuit Court for Monroe County, Luis M. Garcia, Judge.

Andrew M. Tobin, P.A., and Andrew M. Tobin, for appellant.

Becker & Poliakoff, P.A., and Lilliana M. Farinas-Sabogal and Jamie B. Dokovna, for appellee.


Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.